STYLE: **U.S. v. Washington**     CASE NUMBER: 2:19-mj-00296-JEO

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) ||| RULING ON REOFFER || REC'D COND. OR LTD. | RECEIVED | EXHIBITS – **GOVERNMENT (GX#)** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | PLAINTIFF – **UNITED STATES OF AMERICA**  GOVERNMENT – AUSA Manu Balachandran  DEFENDANT – Alison Wallace  COURT – **HON. John E. Ott** |
| | 1 | 8-9-19 | | | | | | | 8-9-19 | Z.M. Letter Envelope Dated February 2, 2019 |
| | 2 | 8-9-19 | | | | | | | 8-9-19 | Z.M. Letter Envelope Dated March 1, 2019 |
| | 3 | 8-9-19 | | | | | | | 8-9-19 | Letter to Z.M. |
| | 4 | 8-9-19 | | | | | | | 8-9-19 | Journal Entries |
| | 5 | 8-9-19 | | | | | | | 8-9-19 | I.E. Book Recovered from Vehicle |
| | 6 | 8-9-19 | | | | | | | 8-9-19 | M.G.S. Book Recovered from Vehicle |
| | 7 | 8-9-19 | | | | | | | 8-9-19 | Cash Register Drawer |
| | 8 | 8-9-19 | | | | | | | 8-9-19 | Cash Register Drawer and Firearms |
| | 9 | 8-9-19 | | | | | | | 8-9-19 | 2016 Arrest Reports |

STYLE: **U.S. v. Washington**         CASE NUMBER: 2:19-mj-00296-JEO

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 8-9-19 | | ✓ | | | | | 8-9-19 | Kratom Capsules |
| | 11 | 8-9-19 | | | | | | | 8-9-19 | Kratom Capsules and Packaging |
| | 12 | | | | | | | | | T.T.H. Table of Contents |
| | 13 | | | | | | | | | |
| | 14 | | | | | | | | | |