

2:19-mj-00296-JEO

8/9/19     Hearing

GOVT EXHIBIT NO. 1