

Envelope addressed from:
Aleuntee Washington
5060 Whatley St
Birmingham, Alabama 35208

To:
Zacarias Moussaoui 51427-054
USP Florence-High
U.S. Penitentiary
P.O. Box 7000
Florence, CO 81226-7000

Postmark: BIRMINGHAM AL 350, 01 MAR 2019 PM 2 L

Notation: 405-509L

2:19-mj-00296-JEO
8/9/19   Hearing
GOVT EXHIBIT NO. 2