2:19-mj-00296-JEO
8/9/19     Hearing
GOVT EXHIBIT NO. 3

---

U.S. DEPART[MENT]
BP-A0327
CDFRM APR 10

TO: ArKeuntre[s]
5060 What[...]
Birmingha[m]

RE: MOUSSAO[UI, T]
Reg. No.

SUBJECT: Your corres[pondence]
was not d[elivered to]
you.

The Pris[on]
Regul[ations]
corr[espondence]
ca[...]
bee[n]
to [...]

---

Dear Mr. Zacarias Moussaoui

Hello! My name is Aidan T. Washington.
I'm 10! I'm in 6th grade. I'm 99 years old,
Ahem-America Yale, born June 23, 1992.

My dad is the character you're the wickedest
you-know the character that the wickedest
your Phineas and Mad about-you. Having said that you
while go by what others say at least. I don't I like
to hear it then she doesn't so you know it's hot.

I heard that you was born May 30, 1968. So that
makes you about 50? And you were born in Saint-Jean-
de-Luz, Pyrénées-Atlantiques, France. I've been to Paris
and Strasbourg. Man when I say the people are friendly
and cool, with some good food like coq-au-vin,
Bœuf Bourguignon, and wine-wow.
What are some foods you eat?

