2:19-mj-00296-JEO
8/9/19      Hearing

GOVT EXHIBIT NO. 4

---

need
pen

1. pen

1. Take the cap off — cap — pop the writing part out ↓ — writing part — then cut the back off — back
2. get the hot glue gun and fill it up a little at one end — glue pen a matter of a little, then use a
3. Put the flash powder in the not sealed in — pen — card — on powder — fill it up almost full — bebe — pen
4. Then get a fuse a long fuse — fuse — and hot glue the fuse in. Leave a 1/2 or quarter inch. — in the pen — fuse — powder — Flash powder — pen
5. Let it dry, never drying.

---

need
paper
pen
firecracker powder
glue
old/new fuse

1. pen

1. Take everything off the pen where you just have the tube. — tube
2. Pour out the powder on the paper, then pour the powder in the pen.
3. Put the pen back together — pen — After that put the fuse at the end where you came out. — fuse
4. After all of it is put back together its ready to be us. — pen — writing part

---

need
2 match boxes
matches
30 matches

1. match

1. Cut the head off the matches - the red one. • — head of the match — match boxes — match boxes with
2. Tape the two match boxes together with the matches inside. — off heads cut
3. Pack it in nice and neat and cover it w/ card tape. — tape — match boxes w/ matches head in it
4. Then throw it on the ground hard as you can.

---

need
matches
straw

1. Fill a pill/long straw — matches/sticks — secure with tissue — tissue — stick — match head
2. Next stick on matches surrounding the tissue — tissue — matchheads
3. Now cut off the strikers — match box — strikers
4. Next open the paperclip — paper clip — bend open paper clip
5. Make a ring — ring
6. — ring — strikers
7. Secure rings to strikers — rings — strikers
strikers match fuse
8. tie on rubberband tightly. — rubber band
9. insert into smoke maker — maker — like a tissue sticking out — bend the tube out from that

1. bottle half way full with vinegar
2. put the baking soda in a straight line. table spoon full of baking soda
3. fold the paper towel
4. fold like a torpedo shape. = torpedo shape folded
5. put the paper towel in the bottle quickly close it up. then shake it and throw it.

need:
Any vinegar
water bottle with cap
baking soda
paper towel

1. A strip of Alumifoil make balls like 10 of them.
2. Place the Alumifoil balls in the bottle
3. Then put the works toilet bowl cleaner in the bottle
4. Shake it up then put it on the ground face up. wait for a few minutes.

need:
A strip of Alumifoil
water bottle
the works

1. lay the plastic wrap down straight out. — plastic wrap
2. Put the baking soda in a straight line on the plastic wrap. — baking soda
3. Pour the vinegar half way in the bottle.
4. fold the plastic wrap with the baking soda in it.
5. After folded put the plastic wrap in the water bottle. — water bottle, baking soda
   then shake it and throw it up in the air.

need:
plastic wrap
vinegar
bottle

1. one cup full of vinegar.= Half way
2. 2 table spoons of baking soda.
3. put the baking soda on the paper towel.
5. put the cap on the bottle quickly and wait till it get pressure then shake if needed.

need:
vinegar
empty water bottle

Need
empty water bottle
vinegar
baking soda
paper towel

1. Open the water bottle and pour the vinegar ½ the way — [water bottle] [vinegar]
2. Then pour the baking soda on the paper towel — [baking soda]
3. After that wrap the paper towel up like fold the paper towel — [paper towel] [paper towel folded]
4. Then put the baking soda in the water bottle — [baking soda in paper towel water bottle]
5. Shake it well then throw in the air.

Need
peppers "pepper"
firework powder
paper

1. Get four a paper and get the powder out and put it on a piece of paper — [paper powder]
2. Then get three fireworks and get the powder out and put it on the paper with the pepper powder — [firework powder]
3. Role the paper up and make a ball and tape it — tape [ball with pepper powder and firework paper powder]
4. Throw it on the ground or wall

Need bottle, fool, the works.

works bomb

1. Get a bottle. [bottle]
2. Put fool in the bottle [fool] make sure you can't see the surface. 3. Fill the bottle with works [bottle works fool]
4. Shake up the bottle then throw it. NOTE - Make foil pieces big for big impact.

shaykh Abu Basir
shaykh Anwar Al Awlaki
Asim al-Nu'man dren?