

2:19-mj-00296-JEO
8/9/19    Hearing

GOVT EXHIBIT NO. 5

# IMPROVISED EXPLOSIVES

From a former top explosives expert with the Israeli Army, an all-new and *explosive* contribution to the literature—a concise, how-to manual that goes right to the point. Ten simple but powerful formulas for explosives and incendiaries give you the basis to construct actual bombs, booby traps, and mines. Simple diagrams and instructions detail production of tamper-proof bombs, package bombs, booby-trapped doors, auto traps, sound-detonated bombs, pressure mines—to name just a few. Learn to make different types of fuses, detonators, and chemical and electrical timers as well. To make it even easier, author Seymour Lecker tells you how to obtain or make all the necessary chemicals—or get acceptable substitutes. This highly informative book is provided *for information purposes only!*

ISBN 0-87364-320-8

A Paladin Press Book