

2:19-mj-00296-JEO
8/9/19   Hearing
GOVT EXHIBIT NO. 6



**Desert Publications**
A division of Delta Group
215 S. Washington Ave.
El Dorado, AR 71730 U. S. A.
info@deltapress.com

ISBN 978-0-87947-195-8
9 780879 471958