FILED
2019 Aug-09  PM 03:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

2:19-mj-00296-JEO

8/9/19     Hearing

GOVT EXHIBIT NO.  7