Report(s) Details - FINDER

Page 1 of 5

Report Number: 2016-00017909
Incident: Weapons Violation

[ Success Tagging ]   [ 🖨 PDF ]

Report From VESTAVIA HILLS PD
For more information contact VESTAVIA HILLS PD P:205-823-1153
Copy Printed From The FINDER Data Sharing System On 07/17/2019

| Report Number: | 2016-00017909 | Report Date: | 06/23/2016 10:00:00 | Reporting Officer: | |
|---|---|---|---|---|---|
| Incident Date: | 06/20/2016 10:16:00 | Incident Location Type: | | Report Source: | VESTAVIA HILLS PD |
| Description: | | | | | |
| Location: | 2100 COLUMBIANA RD Vestavia AL | | | | |
| Report Reason: | Incident: Weapons Violation | | | | |
| Report Status: | | | | | |

2:19-mj-00296-JEO
8/9/19    Hearing

GOVT EXHIBIT NO. 9

⌄ TOP

&lt;   &gt;

http://192.168.3.138/FINDER/Query/Details?ActivityIDs=["209300_R01_AL_7_001_0900"]    7/17/2019

Narrative:

NARRATIVE ADDED ON 6/24/2016 8:30:05 AM NARRATIVE ADDED BY JF7431-----ON TODAYS AROUND 1000, DISPATCH PUT OUT A CALL OF A PERSON WITH A WEAPON. A CALLER (WIT OBSERVED TWO BLACK MALES IN A WHITE HONDA ACCORD WITH A DRIVE OFF TAG ON COLUMBIANA RD. NEAR CHARTER COMMUNICATIONS WAVING GUNS AROUND THE INTER OF THE VEHICLE. HE STATED THE DRIVER WAS WEARING A BLACK MASK. I, CPL. FREEMA OBSERVED A VEHICLE MATCHING THE DESCRIPTION ON COLUMBIANA RD. NEAR MCGUIR OBSERVED THE DRIVER OF THE VEHICLE TO BE WEARING A BLACK SKI MASK. ONCE THE DRIVER OBSERVED MY PATROL UNIT HE QUICKLY PULLED THE MASK ONTO THE TOP OF I HEAD. I THEN EXITED THE CHEVRON PARKING LOT AND GOT BEHIND THE VEHICLE AS IT TURNED SOUTHBOUND ONTO MONGTOMERY HWY FROM COLUMBIANA RD. I INITIATED A TRAFFIC STOP AND AWAITED OTHER RESPONDING UNITS PRIOR TO MAKING CONTACT W THE OCCUPANTS. ONCE OTHER UNITS ARRIVED I ORDERED THE DRIVER OUT OF THE VEI AND HE WAS PLACED IN HANDCUFFS AND SECURED IN THE BACK OF UNIT#111. THE PASSENGER WAS THEN ORDERED OUT OF THE VEHICLE BUT ADVISED HE WAS HANDICAI AND COULD NOT WALK. HE WAS ORDERED TO THE GROUND AND THEN HANDCUFFED. TH VEHICLE WAS THEN CLEARED AND I OBSERVED A BLACK HANDGUN IN THE DRIVERS SIDE FLOOR BOARD AGAINST THE CENTER CONSOLE. I ALSO OBSERVED A BLACK HANDGUN C PASSENGER SEAT. SGT. GASTON WAS CALLED TO PROCESS THE VEHICLE. I ASKED SUSF #1, MR. WASHINGTON IF HE HAD A CONCEALED CARRY PERMIT WHICH HE WAS ABLE TO PRODUCE AND WE WERE ABLE TO VALIDATE. DUE TO THE PUBIC ALARM HE CAUSED BY WAVING THE HANDGUN IN PUBLIC AND WEARING A SKI MASK WHILE DOING SO HE WAS ARRESTED FOR DISORDERLY CONDUCT. I THEN ASKED SUSPECT #2, MR. COLE IF HE HAD CONCEALED CARRY PERMIT TO WHICH HE STATED HE DID NOT. HE WAS ARRESTED FOR CARRYING A CONCEALED WEAPON WITHOUT A PERMIT. MR. COLE WAS SECURED IN UNIT AND TRANSPORTED TO THE VESTAVIA HILLS JAIL WHERE HE WAS PROCESSED WITHOUT INCIDENT. MR. WASHINGTON WAS SECURED IN UNIT#111 AND TRANSPORTED TO THE VE HILLS JAIL WHERE HE WAS PROCESSED WITHOUT INCIDENT. HE WAS ALSO ISSUED A CIT FOR FAILURE TO REGISTER A VEHICLE. THE LISTED VEHICLE WAS TOWED TO AND FROM VESTAVIA TIRE EXPRESS. THE LISTED WITNESS WAS INTERVIEWED AND STATED WHILE TRAVELING ON COLUMBIANA RD. HE OBSERVED THE LISTED SUSPECTS WAVING GUNS IN THE VEHICLE AND THEY BOTH MADE EXTENDED EYE CONTACT WITH HIM, THE DRIVER WEARING A MASK. SEE I/O 201617911 FOR MORE INFORMATION.

### Document Details

| Creation Date: | 06/23/2016 | Last Modified Date: | | Source Organization: | VESTAVIA HILLS PD |
|---|---|---|---|---|---|
| Summary: | | Effective Date: | | Received Date: | |

### Person 1

| Involvement: | DEFENDANT | | | | | |
|---|---|---|---|---|---|---|
| Name (Last, First Middle): | Washington, Arkeuntrez Kenyez Lareco | | | DOB: | Redacted 1996 | |
| Sex: | MALE | Race: | BLACK | SSN: | Redacted 5593 | Height: |

| Weight (In Pounds): | 110 | Eye Color: | BROWN | Hair Color: | Black | |
|---|---|---|---|---|---|---|
| Contact Address: | 5060 WHATLEY ST Birmingham AL | | | | | |

### Driver License

| Number: | Redacted 9769 | | | Jurisdiction: | AL |
|---|---|---|---|---|---|

### Charge 1

| Description: | DISORDERLY CONDUCT - DISTURBING PEACE | Statute: | 13A-11-007:5311 | | |
|---|---|---|---|---|---|

### Person 2

| Involvement: | DEFENDANT |
|---|---|

| Name (Last,First Middle): | Cole, Christopher Jeremiah | | | DOB: | Redacted /1993 | |
|---|---|---|---|---|---|---|
| Sex: | MALE | Race: | BLACK | SSN: | Redacted 1036 | Height: |
| Weight (In Pounds): | 120 | Eye Color: | BROWN | Hair Color: | Black | |
| Contact Address: | Redacted Birmingham AL | | | | | |
| Phone 1: | 2058082858 | | | | | |

### Driver License

| Number: | | | | Jurisdiction: | |
|---|---|---|---|---|---|

### Charge 1

| Description: | PISTOL CONCEALED WITHOUT PERMIT | Statute: | 13A-11-073:5299 | | |
|---|---|---|---|---|---|

### Person 3

| Involvement: | VICTIM, SOCIETY/PUBLIC |
|---|---|

| Name (Last,First Middle): | STATE OF ALABAMA, | | | DOB: | | |
|---|---|---|---|---|---|---|
| SSN: | 0 | Height: | 0' 0" | Weight (In Pounds): | 0 | |

### Driver License

| Number: | | | | Jurisdiction: | |
|---|---|---|---|---|---|

### Charge 1

| Description: | PISTOL CONCEALED WITHOUT PERMIT | Statute: | 13A-11-073:5299 | | |
|---|---|---|---|---|---|

### Charge 2

Report(s) Details - FINDER (                                                                    (                                        Page 4 of 5

| Description: | DISORDERLY CONCUCT - DISTURBING PEACE | Statute: | 13A-11-007:5311 | | | | |
|---|---|---|---|---|---|---|---|
| | | | **Person 4** | | | | |
| Involvement: | **WITNESS** | | | | | | |
| Name (Last,First Middle): | **Schoel, Robert Knight`** | | | DOB: | Redacted /1971 | | |
| Sex: | **MALE** | Race: | **WHITE** | SSN: | Redacted 3186 | Height: | 6' ( |
| Weight (In Pounds): | 285 | Eye Color: | **BLACK** | Hair Color: | **Brown** | | |
| Contact Address: | Redacted | Homewood AL | | | | | |
| Phone 1: | **2059136647** | | | | | | |
| | | | **Driver License** | | | | |
| Number: | Red 6345 | | | | Jurisdiction: | **AL** | |
| | | | **Charge 1** | | | | |
| Description: | DISORDERLY CONDUCT - DISTURBING PEACE | Statute: | 13A-11-007:5311 | | | | |
| | | | **Vehicle 1** | | | | |
| VIN: | **1HGCB767DNA080116** | Type: | SEDAN, 4DOOR, AUTOMOBILE | Make: | **HONDA (HOND)** | Model: | AC |
| Brand: | **ACC** | Style: | SEDAN, 4DOOR, AUTOMOBILE | Primary Color: | **WHITE** | Secondary Color: | WI |
| Odometer: | **0** | | | | | | |

❮ ...........................................................................................❯

TOP

Report Number: 2016-00017911
Incident: Weapons Violation

Success Tagging | PDF

Report From VESTAVIA HILLS PD
**For more information contact VESTAVIA HILLS PD P:205-823-1153**
Copy Printed From The FINDER Data Sharing System On 07/17/2019

| Report Number: | 2016-00017911 | Report Date: | 06/23/2016 10:00:00 | Reporting Officer: | |
|---|---|---|---|---|---|
| Incident Date: | 06/20/2016 11:27:00 | Incident Location Type: | | Report Source: | VESTAVIA HILLS PD |
| Description: | | | | | |
| Location: | 2100 COLUMBIANA RD Vestavia AL | | | | |
| Report Reason: | Incident: Weapons Violation | | | | |
| Report Status: | | | | | |

Narrative:

NARRATIVE ADDED ON 6/24/2016 8:28:39 AM NARRATIVE ADDED BY JF7431-----ON TODAYS DATE AROUND 1000, DISPATCH PUT OUT A CALL OF A PERSON WITH A WEAPON. A CALLER (VICTIM) OBSERVED TWO BLACK MALES IN A WHITE HONDA ACCORD WITH A DRIVE OFF TAG ON COLUMBIANA RD. NEAR CHARTER COMMUNICATIONS WAVING GUNS AROUND THE INTERIOR OF THE VEHICLE. HE STATED THE DRIVER WAS WEARING A BLACK MASK. I, CPL. FREEMAN OBSERVED A VEHICLE MATCHING THE DESCRIPTION ON COLUMBIANA RD. NEAR MCGUIRE RD. I OBSERVED THE DRIVER OF THE VEHICLE TO BE WEARING A BLACK SKI MASK. ONCE THE DRIVER OBSERVED MY PATROL UNIT HE QUICKLY PULLED THE MASK ONTO THE TOP OF HIS HEAD. I THEN EXITED THE CHEVRON PARKING LOT AND GOT BEHIND THE VEHICLE AS IT TURNED SOUTHBOUND ONTO MONGTOMERY HWY FROM COLUMBIANA RD. I INITIATED A TRAFFIC STOP AND AWAITED OTHER RESPONDING UNITS PRIOR TO MAKING CONTACT WITH THE OCCUPANTS. ONCE OTHER UNITS ARRIVED I ORDERED THE DRIVER OUT OF THE VEHICLE AND HE WAS PLACED IN HANDCUFFS AND SECURED IN THE BACK OF UNIT#111. THE PASSENGER WAS THEN ORDERED OUT OF THE VEHICLE BUT ADVISED HE WAS HANDICAPPED AND COULD NOT WALK. HE WAS ORDERED TO THE GROUND AND THEN HANDCUFFED. THE VEHICLE WAS THEN CLEARED AND I OBSERVED A BLACK HANDGUN IN THE DRIVERS SIDE FLOOR BOARD AGAINST THE CENTER CONSOLE. I ALSO OBSERVED A BLACK HANDGUN ON THE PASSENGER SEAT. SGT. GASTON WAS CALLED TO PROCESS THE VEHICLE. THE SUSPECTS WERE ARRESTED ON OTHER CHARGES, SEE CASE # 201617909 FOR MORE DETAILS. THE LISTED VICTIM WAS INTERVIEWED AND STATED WHILE TRAVELING ON COLUMBIANA RD. HE OBSERVED THE LISTED SUSPECTS WAVING GUNS INSIDE THE VEHICLE AND THEY BOTH MADE EXTENDED EYE CONTACT WITH HIM, THE DRIVER WEARING A MASK. HE STATED THE VEHICLE WAS NEXT TO HIM IN THE RIGHT LANE. HE STATED HE SLOWED DOWN AS DID THE LISTED SUSPECT VEHICLE. HE STATED HE WAS ABLE TO SLOW DOWN ENOUGH AND GET BEHIND THE VEHICLE AND THEN CALLED POLICE. HE STATED HE FOLLOWED THE VEHICLE UNTIL I INITIATED A TRAFFIC STOP ON THE VEHICLE. HE STATED THAT THEY NEVER POINTED THE GUNS DIRECTLY AT HIM BUT FELT THREATENED BY THEIR ACTIONS.

## Document Details

| Creation Date: | 06/23/2016 | Last Modified Date: | | Source Organization: | VESTAVIA HILLS PD | | |
|---|---|---|---|---|---|---|---|
| Summary: | | Effective Date: | | Received Date: | | | |

### Person 1

| Involvement: | SUSPECT | | | | | | |
|---|---|---|---|---|---|---|---|
| Name (Last,First Middle): | Washington, Arkeuntrez Kenyez Lareco | | | DOB: | Redacted 1996 | | |
| Sex: | MALE | Race: | BLACK | SSN: | Redacted 5593 | Height: | 5' 2" |
| Weight (In Pounds): | 110 | Eye Color: | BROWN | Hair Color: | Black | | |
| Contact Address: | 5060 WHATLEY ST Birmingham AL | | | | | | |

| Driver License | | | | | | | |
|---|---|---|---|---|---|---|---|
| Number: | Redacted 9769 | | | | Jurisdiction: | AL | |
| Charge 1 | | | | | | | |
| Description: | MENACING - AGG ASSAULT - GUN/KNIFE/OTHER WEAPON | Statute: | 13A-06-023:1329 | | | | |
| Person 2 | | | | | | | |
| Involvement: | VICTIM, INDIVIDUAL | | | | | | |
| Name (Last,First Middle): | Schoel, Robert Knight | | | DOB: | Redacted /1971 | | |
| Sex: | MALE | Race: | WHITE | SSN: | Redacted 3186 | Height: | 6' 0" |
| Weight (In Pounds): | 285 | Eye Color: | BLUE | Hair Color: | Brown | | |
| Contact Address: | Redacted | Homewood AL | | | | | |
| Phone 1: | 2059136647 | | | | | | |
| Driver License | | | | | | | |
| Number: | Red 6345 | | | | Jurisdiction: | AL | |
| Charge 1 | | | | | | | |
| Description: | MENACING - AGG ASSAULT - GUN/KNIFE/OTHER WEAPON | Statute: | 13A-06-023:1329 | | | | |
| Vehicle 1 | | | | | | | |
| Type: | SEDAN, 4DOOR, AUTOMOBILE | Make: | HONDA (HOND) | Model: | ACC | Brand: | ACC |
| Style: | SEDAN, 4DOOR, AUTOMOBILE | Primary Color: | WHITE | Secondary Color: | WHITE | Odometer: | 0 |

Report(s) Details - FINDER                                                                 Page 4 of 4