2:19-mj-00296-JEO  8/9/19  Hearing
GOVT EXHIBIT NO. 10

Case 2:19-cr-00467-ACA-JHE   Document 5-10   Filed 08/09/19   Page 1 of 1

FILED
2019 Aug-09 PM 03:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

