UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
| vs. | ) Case No. 2:19-00467-ACA-JHE |
| | ) |
| Arkeuntrez Washington | ) |

### MOTION TO SUPPRESS ALL STATEMENTS MADE BY THE DEFENDANT WITHOUT THE MIRANDA WARNING

Comes now the Defendant and moves this Honorable Court to suppress the statements taken from the defendant in the month of July 2019 where the law enforcement interviewed the defendant without giving him the Miranda warning. Each of the three statements taken in the month of July were done after the agents had identified that the defendant had violated a law. The agents went to his place of living and interviewed him without advising him of his right to remain silent, etc. Each statement from the defendant while in custody, without Miranda is a violation of his fifth amendment right and each statement must be suppressed.

Respectfully submitted,

/s/Emory Anthony, Jr.
Attorney at Law
1117 – 22nd Street South
Birmingham, Alabama 35205
(205) 776-2064 Office
(205) 776-2040 Fax
BgEmoryE@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed with the CM/ECF system on this the 24th day of December 2019.

/s/Emory Anthony, Jr.