# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:19-cr-00467-ACA-JHE |
| | ) | |
| ARKEUNTREZ WASHINGTON | ) | |

## GOVERNMENT'S REQUEST FOR IMPOSITION OF SPECIAL SUPERVISION CONDITIONS

The United States requests that the Court impose special conditions of supervised release, based on the defendant's history and characteristics, particularly his interest in explosives and terrorist figures, as described in the Government's previously-filed Sentencing Memorandum. (Doc. 47, Section III, at 7-10). Such special, or discretionary, conditions may be imposed if they:

> (1) are reasonably related to (A) the nature and circumstances of the offense and the history and characteristics of the defendant; (B) the need for the sentence imposed to afford adequate deterrence to criminal conduct; (C) the need to protect the public from further crimes of the defendant; and (D) the need to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;[1] and (2) involve no greater deprivation of liberty than is reasonably necessary for the purposes set forth above and are consistent with any pertinent policy statements issued by the Sentencing Commission.

U.S.S.G. § 5D1.3(b). *See also* 18 U.S.C. § 3583(d); and the U.S. Sentencing Commission's June 2020 *Supervised Release Primer* at 6-8,

---

[1] A restatement of the statutory sentencing factors in 18 U.S.C. 3553(a)(1) and (a)(2)(B-D).

https://www.ussc.gov/sites/default/files/pdf/training/primers/2020_Primer_Supervised_Release.pdf (last visited July 23, 2020).

The recommended special conditions are attached and will be provided by email to the Court's Courtroom Deputy in Word.

Respectfully submitted,

PRIM F. ESCALONA
United States Attorney

/s/ *Henry Cornelius*
HENRY CORNELIUS
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

This pleading was filed with the Clerk of the Court using the CM/ECF system on July 23, 2020.

/s/ *Henry Cornelius*
HENRY CORNELIUS
Assistant United States Attorney