# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No.: 2:19-cr-467-ACA-JHE |
| | ) |
| ARKEUNTREZ WASHINGTON, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

In the Indictment's Notice of Forfeiture, the United States sought forfeiture pursuant to 18 U.S.C. § 924(d) of certain property of Defendant ARKEUNTREZ WASHINGTON, namely any firearms or ammunition involved in or used in the commission of the weapons offense charged in Count One. Specifically, Defendant was given notice of the forfeiture of the following property: **A Taurus, PT111, 9mm caliber, serial number: TLX48532; An Atlantic Arms Mfg., Morrissey Inc., Model: AAM-47RU, serial number: AA3-000351; A Smith & Wesson, M&P 15, 5.56 caliber, serial number: TH06132; A Radical Firearms LLC, RF-15, .223 caliber, serial number: RD16193; A Glock 19, 9mm caliber, serial number: BDMB989; An American Tactical Imports (ATI), Omni-Hybrid, .300 blackout, serial number: NS208545; A Taurus, PT111 G2C, 9mm, TJM55586; and A Walther, IWI Uzi, .22 cal pistol, W1007266**.

On or about February 21, 2020, Defendant ARKEUNTREZ WASHINGTON entered into a plea agreement with the United States, and that same day, Defendant

pleaded guilty to Count One of the Indictment. In his plea agreement, Defendant agreed that the firearms listed below above were involved in the offense to which he was pleading guilty and consented to their forfeiture.

Based upon the guilty plea, the factual basis in Defendant's plea agreement, Defendant's agreement to forfeit the firearms, and this Court's determination that a nexus exists between the property and Defendant's crime, the Attorney General is now entitled to possession of said property in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, and is authorized to commence ancillary proceedings to determine any third-party rights in the property described above.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. That Defendant ARKEUNTREZ WASHINGTON shall FORFEIT the following property to the United States of America, pursuant to 18 U.S.C. § 924(d):

   a. **A Taurus, PT111, 9mm caliber, serial number: TLX48532;**

   b. **An Atlantic Arms Mfg., Morrissey Inc., Model: AAM-47RU, serial number: AA3-000351;**

   c. **A Smith & Wesson, M&P 15, 5.56 caliber, serial number: TH06132;**

   d. **A Radical Firearms LLC, RF-15, .223 caliber, serial number: RD16193;**

   e. **A Glock 19, 9mm caliber, serial number: BDMB989;**

    f. **An American Tactical Imports (ATI), Omni-Hybrid, .300 blackout, serial number: NS208545;**

    g. **A Taurus, PT111 G2C, 9mm, TJM55586;**

    h. **A Walther, IWI Uzi, .22 cal pistol, W1007266; and**

    i. **Any accompanying magazines and ammunition**.

2.    That the Attorney General or his designee is hereby authorized to seize said property forfeited herein and to commence ancillary proceedings to determine any third-party rights in the property described above.

3.    That this Preliminary Order of Forfeiture shall be deemed final as to Defendant ARKEUNTREZ WASHINGTON and shall be made part of his sentence and included in Defendant's Judgment in accordance with Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure.

4.    That in the event no third party files a timely petition for the property described above, this Preliminary Order of Forfeiture shall serve as a FINAL ORDER OF FORFEITURE in this criminal action, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

5.    That the Clerk of the Court shall forward two certified copies of this Preliminary Order of Forfeiture to the United States Attorney's Office, 1801 Fourth Avenue North, Birmingham, AL 35203, Attention: Thomas Borton, Assistant U.S.

Attorney and one certified copy to the Bureau of Alcohol, Tobacco, Firearms & Explosives, Attn: SA Cameron Spivey, 920 18th Street North, Suite 200, Birmingham, AL 35203.

**DONE** and **ORDERED** this July 31, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE