Dear Honorable Judge Axon

Hello My Name Is Arkavittez Washington. My USM# 56758001. I'm currently Incarcerated At USP YAZOO In YAZOO City Mississippi. I'm writing this to Ask/File A Rule 41(E) Which Is Talking About Getting My Thing's Back such As Phones, Phone Book, Journal, Computer, Pictures, Books, And My letter From Family & Friend's Because Those Thing's Have Sentimental & Monetary Value To Me. None of Those Thing's Have Anything To Do with My Case The ATF & FBI Just seized Them Because They was Their Doing The Time of The search. So I Would Like To Know Could You Help Get My Thing's Back or Tell Me The Process on How I can Do It Myself. Would Really Appreciate It. Thank you.
Also I was sentenced By You In The Federal Court Room on July 24, 2020 That Friday.



SR43

SECURITY
APR 01 2021
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

JACKSON MS 390
MAR 2021 PM 2 L