Dear Clerk of Courts

2021 MAY -7 A 11:41

Hello my name is Arleuntrez Washington. My USM# is 36758091. My case # 2:19-cr-00467-ACA-JHE my magistrate judge case # 2:19-mj-00296-JEO. I'm responding to my motion that I recieved today at Yazoo City April 21, 2021. In regards to my motion for return of property which is Rule 41(e). Before when I ask for my property I said I would like to have my thing's back such as phones, phone book, journal, computer, pictures, books, and letter's from family & friend's. Because these thing's have sentimental & monatery value to me. As I read the motion it said some of the thing's I'm asking for could violate special conditions 2 and 3. Special condition (2) says- you may not have any contact with any person or group that you know or should know is associated with a designated terrorist organization or terrorist leader. This includes all form's of interaction including social media friendships and messages and all other internet-based communications, in-person contact, and mail contact. Special condition (3) says- you may not view, access, possess, or distribute any material, electronic or otherwise, related to:
(a) The acquisition, assembly, manufacture, or sale of firearms, ammunition, bombs, or (b) related to or produced by any designated terrorist organization or terrorist leader. So that means the letters I wrote to Zacarias Moussaoui won't be given back. Because the envelopes and letter were introduced as government's exhibits 1-3 at my detention hearing.² Along with the explosive instructions which were also introduced as government's exhibits 4 at my detention hearing. Last but not least the two books found in my car 1993 Honda Civic Principles of Improvised Explosives and How to Build Military Grade Suppressors. ³Also the images of the covers of these book were introduced as government's exhibits 5 and 6 at my detention hearing. (Doc.5). Like I said before I know I won't/don't want those thing's back because not only do they violate my special conditions I have changed my life. But the thing's I ask for now back I will be very specific I want my Galaxy S7 & S8 Edge their both cracked, one is silver the other black, my other Galaxy has

ON BACK

A pink case. My Iphone's one is a 5s & the other 7s. My flip phones especially the one I had when I was going threw basic training, and all the other phones the ATF & FBI sieze because they don't have nothing to do with my case or any other case no professional criminal activity was ever use on them. Same go for my two computers one I bought when I gotten to Germany for my birthday the other my mom my mother gave me for christmas. One is small made by Google & the other is by HP it's all blue an has a cracked screen neither use in any crime. My phone book which only have family & friend's number in it from high school. My letters from my friend's that I grew up with since birth that are in the feds & Alabama state prison. Which is Fernando Mims feds, Harold Mason state & Ahavius Underwood state. Also my journal well rap journal it's a yellow notebook. You all may say I cannot have it because I talked about murder, robberies & drug trafficking which is all for entertainment because I really did those thing's then I would've been charged so I'm innocent until proven guilty. Last but not least my SD cards and my pictures from my friend Fernando Mims that's in the feds & my foreign currency I had in my picture frame. So I would like all those thing's back and have them released to my family or me when I come home since it would be a violation to have such property here in prison. Because I was told by Special Agent Cameron Spivey, Special Agent Gaberial Brooks, and Special Agent Casey that my property would be return to my family once they see it don't pretain to my case or any other. So I would be highly thankful my thing's I ask for be returned because they have sentimental and monatery value to me.

    I would really appreciate it. Thank you. Have a bless day.