AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

FILED
2022 Aug-29 AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

UNITED STATES OF AMERICA

v.   Case Number CR 2:19-CR-467-ACA-JHE

ARKEUNTREZ WASHINGTON
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, ARKEUNTREZ WASHINGTON, appeared before the court, represented by Jake Watson.

Mr. Washington was convicted on July 24, 2020 and sentenced to custody of the United States Bureau of Prisons for a term of 30 months, to be followed by a period of supervised release of 3 years. The defendant has violated the terms of supervised release. It is hereby ORDERED that the defendant's supervised release is REVOKED. As pronounced on August 23, 2022, the defendant shall be committed to the custody of the United States Bureau of Prisons for a term of 9 months, followed by 27 months of Supervised Release. The court finds that the defendant does not have the ability to pay the Bureau of Prisons Cost of Incarceration Fee. All conditions and financial obligations as set forth in the original judgment shall remain in effect.

**The court imposes additional special conditions of SRT to include:**

- You must participate in a mental health treatment program under the administrative supervision of the probation officer, and you must comply with the requirements and rules of the program. You must contribute to the cost of treatment unless the probation officer determines you do not have the ability to do so.

- You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program. You must contribute to the cost of testing unless the probation officer determines you do not have the ability to do so.

- You must submit your person, property, house, residence, vehicle, office, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), and other electronic communications or data storage devices or media, to a search conducted by the probation officer. Failure to submit to a search may be grounds for revocation of supervision. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and the areas to be searched contain evidence of this violation. Any search must be conducted in a reasonable time and in a reasonable manner.

The defendant is REMANDED to the United States Marshal.

**DONE** and **ORDERED** this August 29, 2022.

_____
ANNEMARIE CARNEY AXON
U.S. DISTRICT JUDGE